UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on June 6, 2025

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. |
| v. | : |
| DAJUANE GOODE, | : VIOLATION: |
| Defendant. | : 21 U.S.C. § 841(a)(1) and (b)(1)(B)(vi) (Unlawful Possession with Intent to Distribute 40 Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl) |
| | : FORFEITURE: 21 U.S.C. § 853(a) & (p); and 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

1. On or about May 28, 2024, within the District of Columbia, **DAJUANE GOODE** did unlawfully, knowingly, and intentionally possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute 40 Grams or More of a Mixture or Substance Containing a Detectable Amount of Fentanyl**, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi))

### FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One of this Indictment, **DAJUANE GOODE** shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a),

any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, this offense. The United States will also seek a forfeiture money judgment against **DAJUANE GOODE** equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of **DAJUANE GOODE**:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property that cannot be subdivided without difficulty;

**DAJUANE GOODE** shall forfeit to the United States any other property of theirs, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Section 853(a) and (p), and Title 28, United States Code, Section 2461(c))

JEANINE FERRIS PIRRO  
United States Attorney

By: _____  
GAURI GOPAL  
Assistant United States Attorney

A TRUE BILL:

FOREPERSON.